DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT FERENCE,**
Appellant,

v.

**LISSETTE FERENCE,**
Appellee.

No. 4D15-2790

[October 18, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Arthur M. Birken, Judge; L.T. Case No. 04-016302 (35/91).

Richard L. Rosenbaum of Law Offices of Richard Rosenbaum, Fort Lauderdale, for appellant.

Alan Jay Braverman of Law Offices of Alan Jay Braverman, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Boot v. Sapp*, 714 So. 2d 579 (Fla. 4th DCA 1998).

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***